IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR SOWELL,<br><br>    *Plaintiff,*<br><br> v.<br><br>RAV INVESTIGATIVE & SECURITY SERVICES, LTD, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 15-03657 |

## ORDER

 **AND NOW**, this 26th day of May, 2016, upon consideration of Plaintiff Lamar Sowell's ("Sowell") unopposed Motion for Default Judgment Against RAV Investigative & Security Services, LTD ("RAV") (ECF No. 17), and his Memorandum of Law in Support of Request for Entry of Judgment Against RAV (ECF No. 18), it is **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that:

1. Judgment is entered against RAV and in favor of Sowell for back pay in the amount of $21,614.

2. Judgment is entered against RAV and in favor of Sowell for compensatory damages in the amount of $2,500.

3. Judgment is entered against RAV and in favor of Sowell for punitive damages in the amount of $5,000.

4. Sowell may pursue a claim for prejudgment interest on back pay awarded within ten days of this Order. Such motion shall indicate the prejudgment interest rate to be applied, the

reason therefor, the prejudgment interest dollar amount sought, and the method of calculation.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.