IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR SOWELL,<br><br>    *Plaintiff*,<br><br>    v.<br><br>RAV INVESTIGATIVE & SECURITY SERVICES, LTD, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 15-03657 |

**PAPPERT, J.**                                                                                                                August 4, 2016

## ORDER

**AND NOW**, this 4th day of August, 2016, upon consideration of Plaintiff Lamar Sowell's unopposed Petition for Counsel Fees and Costs from Defendant RAV Investigative & Security Services, LTD ("RAV"), it is hereby **ORDERED** that Plaintiff's counsel is awarded $11,532.50 in attorneys' fees and $2,739.41 in costs as the prevailing party. Defendant RAV shall pay the sum of $14,271.91 to Plaintiff's counsel.

                                                                                BY THE COURT:


                                                                                */s/ Gerald J. Pappert*
                                                                                GERALD J. PAPPERT, J.