**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LAMAR SOWELL,

*Plaintiff,*

v.

RAV INVESTIGATIVE & SECURITY
SERVICES, LTD, et al.,

*Defendants.*

CIVIL ACTION
NO. 15-03657

## ORDER

**AND NOW**, this 7th day of March, 2017, upon consideration of Plaintiff's Motion for Contempt (ECF No. 57), it is **ORDERED** that:

1. The Motion is **DENIED** without prejudice;

2. The Plaintiff shall serve a copy of this order on the Defendant RAV Investigative & Security Services, LTD by certified mail; and

3. Defendant RAV Investigative & Security Services, LTD shall within 30 days from the date of this Order provide full and complete responses to Plaintiff's post-judgment interrogatories and shall produce a corporate designee for deposition pursuant to Federal Rules of Civil Procedure 30(b)(6) and 69(a)(2).

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.